UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
         -v-                                                     :
                                                                 :        24 Cr. 28 (JPC)
HAKEEM BALDEO,                                                   :
CHRISTOPHER BROWN, and                                           :        PRETRIAL ORDER
SEKOU KABA,                                                      :
                                                                 :
                        Defendants.                              :
                                                                 :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Trial is scheduled to begin in this matter on November 12, 2024.  Defendants shall file any

pretrial motions, aside from motions *in limine*, by September 9, 2024.  The deadline for the

Government's opposition to such motions is September 23, 2024, and the deadline for any reply

is September 30, 2024.  The Court also directs the parties to Part 7 of its Individual Rules and

Practices in Criminal Cases for further requirements as to the submission of pretrial materials,

exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.  Unless the Court orders

otherwise, any exhibit lists, exhibits, and § 3500 material shall be submitted to the Court

electronically, and the parties shall not submit hard copies.

        The deadline for the Government's expert disclosures pursuant to Federal Rule of Civil

Procedure 16(a)(1)(G) is July 12, 2024.  The deadline for Defendants' expert disclosures pursuant

to Rule 16(b)(1)(C) is August 16, 2024.  The Government shall provide Defendants with notice of

any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by September 20,

2024.  By October 18, 2024, the parties shall submit proposed *voir dire* questions, requests to

charge, and proposed verdict forms.  Any motions *in limine* shall also be filed by October 18, 2024,

with oppositions due October 25, 2024.  The Court will hold a Final Pretrial Conference on

November 6, 2024, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: May 22, 2024
     New York, New York
                                   JOHN P. CRONAN
                             United States District Judge