UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
:
:
-v-                                                                     :   24 Cr. 28 (JPC)
:
HAKEEM BALDEO,                                                          :   ORDER
CHRISTOPHER BROWN, and                                                  :
SEKOU KABA,                                                             :
:
Defendants.                                                             :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant Christopher Brown's guilty plea hearing is scheduled for Thursday, September 17, 2024, at 10:00 a.m. in Courtroom 12D, 500 Pearl Street, New York, NY 10007. By September 11, 2024, at 6:00 p.m., the parties shall advise the Court, by joint letter or individual letters, of their views regarding whether Defendant's remand will be mandatory in the event he enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2); *see also United States v. Hill*, 832 F.3d 135, 140 (2d Cir. 2016) ("We have . . . previously stated that conspiracy to commit Hobbs Act robbery is a crime of violence under the Bail Reform Act . . . ." (citing *United States v. DiSomma*, 951 F.2d 494, 496 (2d Cir. 1991))). The Court further respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with Rule 6.B of the Court's Individual Rules and Practices in Criminal Cases.

      SO ORDERED.

Dated: September 9, 2024
      New York, New York

                                                       JOHN P. CRONAN
                                                     United States District Judge