# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 18, 2024

**By ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **United States v. Hakeem Baldeo**
        24-Cr-28 (JPC)

Dear Judge Cronan:

    I write to request that the court reschedule Mr. Baldeo's change of plea hearing and argument on his motion to dismiss for September 26, 2024, at 10 a.m. The government will also be available at that time.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSAs Brandon Harper and Andrew Jones

The instant request is granted. Mr. Baldeo's change of plea hearing and argument on his motion to dismiss shall take place at 10:00 a.m. on September 26, 2024, in Courtroom 12D at 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close Docket Number 56.

SO ORDERED.
Date: September 19, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge