# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 9, 2024

**By ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: **United States v. Hakeem Baldeo**
           **24-Cr-28 (JPC)**

Dear Judge Cronan:

      I write to request that the Court issue an order permitting Probation to provide defense counsel with a copy of the pre-sentence report from Mr. Baldeo's prior federal case in the Southern District of New York, 18-Cr-179.

      Mr. Baldeo pled guilty to the instant indictment on September 26. His pre-sentence interview is scheduled to take place on November 1. At that interview, Probation will presumably refer to and update the prior pre-sentence report. Access to that prior report is therefore necessary for the defense to prepare for the pre-sentence interview and order relevant records.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSAs Brandon Harper and Andrew Jones

The instant request is granted. Probation shall provide defense counsel with a copy of the pre-sentence report from Mr. Baldeo's prior federal case, 18-cr-179. The Clerk of Court is respectfully directed to terminate Docket Number 58.

SO ORDERED.
Date: October 10, 2024
New York, New York



JOHN P. CRONAN
United States District Judge