# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 21, 2025

**By ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Hakeem Baldeo**
24-Cr-28 (JPC)

Dear Judge Cronan:

I write to request that the court grant a final, thirty-day extension of Mr. Baldeo's sentencing. The government does not object.

Mr. Baldeo's sentencing is currently scheduled for May 27, with the defense sentencing submission due May 13. A mitigation report is currently being finalized on Mr. Baldeo's behalf, involving voluminous psychiatric records. I have been advised that that mitigation report will be finalized by the end of May. A thirty-day extension would grant us the opportunity to finalize that mitigation report and prepare an effective sentencing submission on Mr. Baldeo's behalf. No further adjournments of sentencing will be required.

It is therefore requested that the Court adjourn Mr. Baldeo's sentencing to any date between June 23-June 26, and reset the submission deadlines accordingly. We are happy to provide alternative dates if those dates are inconvenient for the Court. As noted, the government has no objection.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSAs Brandon Harper and Andrew Jones

The instant request is granted. The sentencing currently scheduled for May 27, 2025, is adjourned to June 30, 2025, at 2:00 p.m. The Clerk of Court is respectfully directed to close Docket Number 92.

SO ORDERED.
Date: April 22, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge