UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
:
:
    -v-                                                                :   24 Cr. 28 (JPC)
:
HAKEEM BALDEO,                                                         :   <u>ORDER</u>
:
            Defendant.                                                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the parties' sentencing submissions, Dkts. 98-100.  On or before June 26, 2025, the parties shall inform the Court whether either party intends to offer additional evidence concerning the application of the attempted murder guideline.  *See* U.S.S.G. §§ 2A2.1, 2K2.1(c)(1)(A).  Also by that date, Mr. Baldeo shall clarify whether he continues to challenge the application of a one-level increase under U.S.S.G. § 2B3.1(b)(6).

      SO ORDERED.

Dated: June 24, 2025
       New York, New York
                                              JOHN P. CRONAN
                                              United States District Judge