UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
:
UNITED STATES OF AMERICA
:   CONSENT PRELIMINARY ORDER
- v. -                                      OF FORFEITURE/
:   <u>MONEY JUDGMENT</u>
HAKEEM BALDEO,
:   24 Cr. 28 (JPC)
Defendant.
:
---------------------------------- x

WHEREAS, on or about January 18, 2024, HAKEEM BALDEO (the "Defendant"), among others, was charged in a four-count Indictment 24 Cr. 28(JPC) (the "Indictment"), with conspiracy to commit Hobbs act robbery, in violation of Title 18, United States Code, Section 1951 (Count One); Hobbs act robbery, in violation of Title 18, United States Code, Sections 1951 and 2 ( Count Two); firearms use, carrying and possession, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i),(ii)and 2 ( Count Three); and possession of ammunition after a felony conviction, in violation of Title 18, United States Code, Section 922(g)(1) (Count Four);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c) of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment, including but not limited to the a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment; and

WHEREAS, the Indictment included a forfeiture allegation as to Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28 United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in the charged in Count Four of the Indictment;

WHEREAS, on or about September 26, 2024, the Defendant pled guilty to Counts One through Four of the Indictment.

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $9,000 United States currency representing the amount of proceeds traceable in the offense charged in Count One of the Indictment, for which the Defendant is jointly and severally liable with his co-defendants (i) Sekou Kaba ("Kaba") and the forfeiture money judgment entered against him in this case and (ii) Christopher Brown (the "Brown"), to the extent a forfeiture money judgments is entered against Brown in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Brandon Harper, of counsel, and the Defendant and his counsel, Michael Arthus, Esq., that:

1. As a result of the offenses charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $9,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Count One of the Indictment for which the Defendant is jointly and severally liable with (i) Kaba and his forfeiture money judgment entered against him in this case and (i) Brown, to the

extent a forfeiture money judgment is entered against Brown in this case, shall be entered against the Defendant.

2.  Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant HAKEEM BALDEO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.  All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.  The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.  Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____    8/5/25
BRANDON HARPER                           DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2209

HAKEEM BALDEO

By: _____    8/5/25
HAKEEM BALDEO                            DATE

By: _____    8/5/25
MICHAEL ARTHUS, ESQ.                     DATE
Attorney for Defendant
52 Duane Street, 10 FL
New York, NY 10007

SO ORDERED:

_____         8/5/25
HONORABLE JOHN P. CRONAN                 DATE
UNITED STATES DISTRICT JUDGE